IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD WAYNE CADY SR., )<br>　　ID #1127356　　　　　　　　　　　)<br>　　　　Petitioner,　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　　 )<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal　　　　　 )<br>Justice, Correctional Institutions Division, )<br>　　　　Respondent　　　　　　　　　　 ) | No. 3:07-CV-0611-D |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's objections, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the court hereby denies with prejudice plaintiff's petition for habeas corpus.

Petitioner's March 26, 2009 motion to suspend number of copies is granted.

**SO ORDERED**.

May 22, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE